David Seror
Email: serortrustee@ecjlaw.com
21650 Oxnard Street, Suite 500
Woodland Hills, CA  91367
Telephone (818) 827-9200
Facsimile (818) 936-0624
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>CAR RENTAL DIRECT INC. A NEVADA<br><br><br>Debtor. | Case No. 1:03-bk-14942-VK<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED<br>DIVIDENDS (UNDER F.R.B.P. 3011) |

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011).  Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011.  Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: June 24, 2011

_____
DAVID SEROR
Chapter 7 Trustee

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000006 | ROBERT W SCHAEFER<br>1074 GALLERY DR<br>OCEANSIDE, CA 92057 | $4,750.00 | $4,750.00 |
| 000002 | AJILON FINANCE<br>ATTN: LINDA SONDEY<br>PARK 80 WEST, PLAZA 2, 9TH FL<br>SADDLE BROOK, NJ 07663 | $587.69 | $12.37 |
| 000004 | AIRBORNE EXPRESS, INC<br>ATTN: EDGAR KORZENIOWSKI<br>3131 ELLIOTT AVE #200 - AGCY<br>SEATTLE, WA 98121-1047 | $948.14 | $19.95 |
| 000007 | ADT SECURITY SERVICES<br>14200 EAST EXPOSITION AVE.<br>AURORA, CO 80012 | $1,671.57 | $35.18 |
| 000010 | DANIEL R DIEM<br>883 E. MAIN ST. LOT 9<br>EPHRATA, PA 17522 | $1,595.81 | $33.58 |
| 000015 | NATIONAL DIRECTORY COMPANY<br>P.O. BOX 2003<br>TUSTIN, CA 92781 | $3,096.00 | $65.15 |
| 000022 | J01 AUTOMOTIVE REPAIR<br>9733 CEDAR STREET<br>BELLFLOWER, CA 90706 | $2,443.04 | $51.41 |
| 000026 | ELITE AUTO GLASS OF SAN DIEGO<br>8210 ENGINEER RD.<br>SAN DIEGO, CA 92111 | $3,073.72 | $64.68 |
| 000030 | QWEST COMMUNICATIONS CORP<br>BANKRUPTCY DESK<br>BOX 5508<br>BISMARCK, ND 58506 | $3,676.03 | $77.36 |
| 000031 | QWEST CORPORATION<br>BANKRUPTCY DESK<br>BOX 5508<br>BISMARCK, ND 58506 | $14,235.43 | $299.56 |
| 000032 | ROS DE GIAXA<br>8143 E. APPALOOSA TRAIL<br>SCOTTSDALE, AZ 85258 | $1,026.36 | $21.60 |
| 000035 | JC"S GLASS<br>4660 S. 33RD STREET<br>PHOENIX, AZ 85040 | $3,091.95 | $65.07 |
| 000036 | AUTO GLASS SPECIALISTS, INC<br>5595 MAGNATRON BLVD STE C<br>SAN DIEGO, CA 92111 | $249.00 | $5.24 |
| 000040 | SECURITY CONTROL CONSULTANTS<br>6611-5 W. PEORIA AVE.<br>BOX 104<br>GLENDALE, AZ 85302 | $1,480.00 | $31.14 |
| 000015 | NATIONAL DIRECTORY COMPANY<br>P.O. BOX 2003<br>TUSTIN, CA 92781 | $3,096.00 | $8.06 |
| 000022 | J01 AUTOMOTIVE REPAIR<br>9733 CEDAR STREET<br>BELLFLOWER, CA 90706 | $2,443.04 | $6.36 |
| 000026 | ELITE AUTO GLASS OF SAN DIEGO | $3,073.72 | $8.01 |

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| | 8210 ENGINEER RD.<br>SAN DIEGO, CA 92111 | | |
| 000035 | JC"S GLASS<br>4660 S. 33RD STREET<br>PHOENIX, AZ 85040 | $3,091.95 | $8.04 |
| 000041 | NEW EAGLE AUTO TECH<br>1601 S. BRAND BLVD.<br>UNIT #106<br>GLENDALE, CA 91204 | $2,600.00 | $6.78 |
| 000002 | AJILON FINANCE<br>ATTN: LINDA SONDEY<br>PARK 80 WEST, PLAZA 2, 9TH FL<br>SADDLE BROOK, NJ 07663 | $587.69 | $1.53 |
| 000004 | AIRBORNE EXPRESS, INC<br>ATTN: EDGAR KORZENIOWSKI<br>3131 ELLIOTT AVE #200 - AGCY<br>SEATTLE, WA 98121-1047 | $948.14 | $2.47 |
| 000010 | DANIEL R DIEM<br>883 E. MAIN ST. LOT 9<br>EPHRATA, PA 17522 | $1,595.81 | $4.15 |
| 000025 | MCLEOD USA<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 524063177-3 | $300.00 | $0.78 |
| 000032 | ROS DE GIAXA<br>8143 E. APPALOOSA TRAIL<br>SCOTTSDALE, AZ 85258 | $1,026.36 | $2.67 |
| 000036 | AUTO GLASS SPECIALISTS, INC<br>5595 MAGNATRON BLVD STE C<br>SAN DIEGO, CA 92111 | $249.00 | $0.65 |
| 000040 | SECURITY CONTROL CONSULTANTS<br>6611-5 W. PEORIA AVE.<br>BOX 104<br>GLENDALE, AZ 85302 | $1,480.00 | $3.86 |
| | *Total Unclaimed Dividends:* | | $5,585.65 |

**BANK OF AMERICA, N.A.**

CHECK NUMBER: **1207**

TURNOVER OF UNCLAIMED DIVIDENDS

DAVID SEROR, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

32-1/1110 TX 0

| DATE | AMOUNT |
|---|---|
| 06/24/11 | *******5,585.65 |

**1910158**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 03-14942    VK | Debtor: CAR RENTAL DIRECT INC. A NEVADA |

**UNITED STATES BANKRUPTCY COURT**
**21041 BURBANK BLVD**
**WOODLAND HILLS, CA 91367**

*Five Thousand Five Hundred Eighty Five Dollars And 65/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001207⑈ ⑆111000121⑆ 3756009679⑈

---

| Date: 06/24/11 | Check Number: 1207 | Amount: 5,585.65 |
|---|---|---|

| | Case Number: | 03-14942    VK |
|---|---|---|
| | Debtor Name: | CAR RENTAL DIRECT INC. A NEVADA |
| | Tax ID: | 33-0875484 |

| Paid To: | **UNITED STATES BANKRUPTCY COURT**<br>**21041 BURBANK BLVD**<br>**WOODLAND HILLS, CA 91367** | Trustee: | DAVID SEROR, CHAPTER 7 TRUSTEE<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 |
|---|---|---|---|

| Description: | TURNOVER OF UNCLAIMED DIVIDENDS |
|---|---|

| Bank Account Number: | 3756009679 |
|---|---|