David Seror
Email: serortrustee@ecjlaw.com
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone (818) 827-9200
Facsimile (818) 936-0624
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br>CAR RENTAL DIRECT INC. A NEVADA<br><br><br>Debtor(s). | Case No. 1:03-bk-14942-VK<br>Chapter 7<br><br>**REPORT OF TRUSTEE (UNDER F.R.B.P. 3010) - SMALL DIVIDENDS REMITTED TO THE COURT** |

David Seror, the trustee of this bankruptcy estate submits this Report of Trustee (Under F.R.B.P. 3010) - Small Dividends Remitted to the Court. In support hereof, Trustee states that a distribution of funds in the above-captioned case resulted in one or more dividends payment(s) each in an amount less than $5.00. Pursuant to F.R.B.P. 3010, Trustee has remitted the deminimis dividends to the Court. Attached hereto is the Report of Trustee (Under F.R.B.P. 3010) - Small Dividends Remitted to the Court indicating the corresponding creditor, claim number and distribution amount.

Dated: June 27, 2011

_____
DAVID SEROR
Chapter 7 Trustee

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000025 | MCLEOD USA<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 524063177-3 | 300.00 | 0.78 |
|  | *Total Diminimus Funds:* |  | $.78 |